

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bronte Johnson | Civil Action No.  13CV3104-JAH(MDD) |
| **Plaintiff,** | |
| V. | |
| U.S. Bank, National Association; (see attachment) | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Defendants' joint motion to dismiss for failure to state a claim is granted. Plaintiffs claim for Intentional Interference with a Contractual Relationship, against both Defendants, is dismissed with prejudice. Plaintiffs request for Declaratory Relief, and her Application for a Preliminary Injunction are both denied, and dismissed with prejudice.

| | |
|---|---|
| **Date:**        3/27/17 | **CLERK OF COURT**<br>**JOHN MORRILL, Clerk of Court**<br>By:  s/ J. Petersen |
| | J. Petersen, Deputy |

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** <u>13CV3104-JAH(MDD)</u>

Bronte Johnson

_____
                              Plaintiff

                                V.

U.S. Bank, National Association, as Trustee for the Certificate holders of Banc of America Funding Corporation Mortgage Pass-Through Certificates Series 2007-D; Bank of America, N.A.; Nationstar Mortgage, LLC; Does 1 through 10, inclusive

_____
                              Defendant